## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL ANN ALVA., an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:23-cv-2358-W-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 13]** |

 Pending before the Court is a joint motion ([Doc. 13], "Joint Motion") by plaintiff April Ann Alva ("Plaintiff") and defendant Mercedes-Benz USA, LLC ("Defendant") to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

 Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

 **IT IS SO ORDERED.**

Dated: June 6, 2024

_____
Hon. Thomas J. Whelan
United States District Judge